[No. 9723–7–I.   Division One.   April 19, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
STERLING BURGESON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–02965–3, H. Joseph Coleman, J., entered
December 8, 1980. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Andersen, C.J., and Durham,
J.

[No. 9793–8–I.   Division One.   April 19, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CALVIN
EMORY BEAVER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–03735–4, James J. Dore, J., entered Jan-
uary 14, 1981. *Affirmed* by unpublished opinion per Ring-
old, J., concurred in by James and Corbett, JJ.

[No. 10099–8–I.   Division One.   April 19, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
ANDERSON, SR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–01442–7, Lloyd W. Bever, J., entered
March 20, 1981. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by James and Swanson, JJ.

[No. 9653–2–I.   Division One.   April 19, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
LEE STUDER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–8–03131–9, William C. Goodloe, J., entered
November 13, 1980. *Affirmed* by unpublished opinion per
James, J., concurred in by Durham, A.C.J., and Callow, J.